# EXHIBIT 2

FREDY RAMON FUENTES AlVAREZ   PII /1981

PII

Tel. PII

(2010)

| | 2017 | | | 2018 | | | |
|---|---|---|---|---|---|---|---|
| days | ① 600.- | ② 600.- | ③ 600.- | ④ 660.- | ② 660.- | ③ 735.- | ⑤ 660.- |
| | ⑤ 500.- | ① 600.- | ① 600.- | ⑤ 550.- | ① 660.- | ④ 735.- | |
| | ⑥ 600.- | ① 600.- | ⑥ 600.- | ① 660.- | ① 660.- | ① 735.- | |
| | ① 600.- | ① 600.- | ① 660.- | ① 660.- | ① 660.- | ① 735.- | |
| | ⑥ 600.- | ① 600.- | ① 660.- | ① 660.- | ⑤ 550.- | ① 625.- | |
| | ① 600.- | ⑤ 500.- | ① 660.- | ① 660.- | ① 660.- | ① 735.- | |
| | ⑥ 600.- | ① 600.- | ① 660.- | ① 660.- | ① 660.- | ① 735.- | |
| | ① 600.- | ① 600.- | ① 660.- | ① 660.- | ① 660.- | ① 705.- | |
| | ① 600.- | ① 600.- | ① 660.- | ① 660.- | ① 660.- | ① 660.- | |
| | ① 600.- | ① 600.- | ⑤ 550.- | ① 660.- | ① 660.- | ① 660.- | |
| | ⑤ 500.- | ① 600.- | | ⑤ 550.- | ① 660.- | ① 660.- | |
| | ① 600.- | ⑤ 500.- | | ⑤ 550.- | ① 660.- | ① 660.- | |
| | ① 600.- | ① 600.- | | ① 660.- | ① 660.- | ① 660.- | |
| | ① 600.- | ① 600.- | | ① 660.- | ① 660.- | ① 440.- | |
| | ① 600.- | ⑤ 500.- | | ① 660.- | ⑤ 490.- | ① 660.- | |
| | ⑤ 600.- | ① 600.- | | ① 660.- | ① 735.- | ① 660.- | |
| | ① 600.- | ① 600.- | | ① 660.- | ① 735.- | ① 660.- | |
| | ① 600.- | ① 600.- | | ① 660.- | ⑤ 735.- | ① 660.- | |
| | ① 600.- | ① 600.- | | ① 660.- | ① 735.- | ① 660.- | |
| | ① 600.- | ① 600.- | | ① 660.- | ① 735.- | ① 660.- | |
| | ⑤ 600.- | ① 600.- | | ① 660.- | ① 735.- | ① 660.- | |

FREdy Ramon Fuentes AlVAREZ

2019

- (1) 660.—   (2) 660.—   (3) 660.—
- (4) 660.—   (5) 660.—   (6) 660.—
- (1) 660.—   (2) 660.—   (3) 660.—
- (4) 660.—   (5) 660.—   (6) 600.—
- (7) 440.—   (8) 440.—
- (1) 660.—   (2) 440.—
- (3) 660.—   (4) 660.—
- (5) 660.—   (6) 660.—
- (7) 660.—   (8) 660.—
- (1) 660.—   (2) 660.—
- (3) 660.—   (4) 660.—
- (5) 660.—   (6) 660.—
- (7) 660.—   (8) 660.—
- (1) 660.—   (5) 550.—
- (2) 660.—   (3) 660.—
- (4) 660.—   (5) 600.—
- (1) 660.—   (2) 660.—
- (3) 660.—   (4) 660.—
- (5) 660.—   (6) 660.—
- (7) 660.—   (8) 660.—

FREdY Ramon FuenteS A1VAREZ

Marco

| Date | # | Amount |
|---|---|---|
| 4/12 | ③ | 255.— |
| 4/19 | ⑤ | 425.— |
| 4/26 | ④ | 340.— |
| 5/3 | ⑤ | 425.— |
| 5/10 | ⑤ | 425.— |
| 5/17 | ① | 85.— |
| 5/24 | ① | 85.— |
| 5/31 | ⑥ | 540.— |
| 6/7 | ① | 90.— |
| 6/14 | ⑤ | 450.— |
| 6/21 | ⑥ | 540.— |
| 6/28 | ⑥ | 540.— |
| 7/12 | ⑤ | 450.— |
| 7/19 | ⑥ | 540.— |
| 7/26 | ⑥ | 540.— |
| 8/2 | ⑥ | 540.— |
| 8/9 | ① | 90.— |
| 8/16 | ⑤ | 450.— |
| 8/23 | ③ | 270.— |
| 8/30 | ③ | 270.— |
| 9/6 | ⑥ | 550.— |
| 9/13 | ⑤ | 460.— |
| 9/20 | ① | 90.— |
| 9/27 | ⑥ | 550.— |
| 10/4 | — | — |
| 10/11 | ① | 90.— |
| 10/18 | ⑥ | 550.— |
| 10/25 | ③ | 280.— |
| 11/1 | ④ | 360.— |
| 11/8 | ⑤ | 720.— |

MARCOS LUNA ARIAS [PII] / 1980
[PII]
Tel. [PII]

I ☺ at all this Money Already

Marcos T. Luna Arias

THITA SIRISOBHANA   PII /1956

PII

Tel. PII

| 2017 | 2019 | | | |
|---|---|---|---|---|
| ⑤ 500.- | ① 110.- | ④ 440.- | ③ 330.- | ⑤ 600.- |
| ④ 400.- | ② 220.- | ⑥ 660.- | ③ 330.- | |
| ⑤ 500.- | ② 220.- | ④ 440.- | ④ 440.- | |
| ⑤ 500.- | ② 220.- | ③ 330.- | ⑤ 550.- | |
| ⑤ 500.- | ② 220.- | ③ 330.- | ④ 440.- | |
| ④ 400.- | ② 220.- | ③ 330.- | ⑤ 550.- | |
| ④ 400.- | ② 220.- | ① 110.- | ④ 440.- | |
| ⑤ 500.- | ② 220.- | ② 220.- | ⑤ 550.- | |
| ⑤ 500.- | ③ 330.- | ② 220.- | ⑤ 550.- | |
| ⑥ 600.- | ④ 440.- | ② 220.- | ⑤ 550.- | |
| ③ 300.- | ④ 440.- | ② 220.- | ⑤ 550.- | |

SETTAWUT WONGWUTTHIPHAT [PII] /1996
[PII]
Tel. [PII]
(2016)

| 2017 | 2018 | 2019 |
|---|---|---|
| ⑥ 510.- ⑥ 540.- | ⑥ 540.- ③ 450.- ① 600.- ① 660.- | ⑥ 660.- ① 660.- |
| ⑤ 425.- ⑥ 540.- ① 540.- | ⑥ 540.- ⑤ 500.- ⓪ 660.- | ⓪ 660.- ① 660.- |
| ⓪ 510.- ⑥ 540.- ⑤ 450.- | ⑥ 540.- ⓪ 600.- ① 660.- | ⓪ 660.- ⓪ 660.- |
| ⑥ 510.- ⑥ 540.- ③ 450 | ⑥ 540.- ⓪ 600.- ① 660.- | ⓪ 660.- ⓪ 660.- |
| ⓪ 510.- ⑥ 540.- | ⑥ 540.- ⓪ 600.- ⑥ 550.- | ⓪ 660.- ⑤ 550.- |
| ⑤ 425.- ⑥ 540.- | ⓪ 540.- ⑤ 500.- ⓪ 660.- | ⓪ 660.- ⓪ 660.- |
| ⑤ 425.- ⓪ 540.- | ⓪ 540.- ⑥ 500.- ⓪ 660.- | ⓪ 660.- ① 660.- |
| ① 510.- ⑥ 540.- | ③ 270.- ⑥ 500.- ⓪ 660.- | ⓪ 660.- ⓪ 660.- |
| ⓪ 510.- ⑤ 450.- | ⓪ 540.- ⓪ 600.- ⓪ 660.- | ⑥ 550.- ⓪ 660.- |
| ⓪ 510.- ① 540.- | ⓪ 540.- ⓪ 600.- ① 660.- | ⓪ 660.- ⓪ 660.- |
| ⓪ 510.- ⓪ 540.- | ⓪ 540.- ⓪ 600.- ⓪ 660.- | ⓪ 660.- ⓪ 660.- |
| ⓪ 340.- ⓪ 540.- | ⑤ 450.- ⓪ 600.- | ⓪ 660.- ⓪ 660.- |
| ② 180.- ⓪ 540.- | ⓪ 540.- ⓪ 660.- | ⓪ 660.- ⓪ 660.- |
| ⓪ 540.- ⓪ 540.- | ⑤ 540.- ⓪ 660.- | ⓪ 660.- ② 220.- |
| ⓪ 540.- ⑤ 450.- | ⓪ 600.- ⑦ 620.- | ⓪ 660.- |
| ⓪ 540.- ⑤ 450 | ⓪ 600.- ⓪ 660 | ⓪ 660.- |
| ⓪ 540.- ⓪ 540 | ⑤ 600.- ⓪ 660 | ① 660.- |
| ⑤ 450.- ⓪ 540.- | ⓪ 600.- ⓪ 660.- | ⓪ 660.- |
| ④ 360.- ⓪ 540.- | ⓪ 600.- ⓪ 660.- | ④ 440.- |
| ⑤ 450.- ⑤ 450.- | ⓪ 600.- ⓪ 660.- | ⓪ 660.- |
| ② 180 ⓪ 540.- | ⓪ 600.- ⓪ 660.- | ⓪ 660.- |
| | | ⑤ 550.- |

CHARIN JIRARATWATTANA

[PII]

Tel. [PII]

| 2017 | | 2018 | | 2019 | |
|---|---|---|---|---|---|
| ① 720.- | ② 600.- | ③ 360.- | ④ 600.- | ③ 360.- | ④ 720.- |
| ④ 480.- | ⑤ 600.- | ⑤ 720.- | ⑥ 720.- | | |
| ⑥ 600.- | ⑦ 720.- | ⑧ 720.- | ⑨ 720.- | ⑤ 720.- | ⑥ 720.- |
| ⑧ 720.- | ⑨ 720.- | ⑩ 720.- | ⑪ 720.- | ⑦ 720.- | ⑧ 720.- |
| ⑩ 720.- | ⑪ 720.- | ⑫ 720.- | ⑬ 600.- | ⑨ 720.- | ⑩ 720.- |
| ⑫ 720.- | ⑬ 600.- | ⑭ 720.- | ⑮ 720.- | ⑪ 720.- | ⑫ 720.- |
| ⑭ 600.- | ⑮ 720.- | ⑯ 720.- | ⑰ 720.- | ⑬ 720.- | ⑭ 720.- |
| ⑯ 480.- | ⑰ 600.- | ⑱ 600.- | ⑲ 720.- | ⑮ 720.- | ⑯ 720.- |
| ⑱ 600.- | ⑲ 720.- | ⑳ 720.- | ㉑ 720.- | ⑰ 720.- | ⑱ 720.- |
| ⑳ 600.- | ㉑ 720.- | ㉒ 720.- | ㉓ 480.- | ㉔ 720.- | ⑲ 720.- |
| ㉒ 600.- | ㉓ 720.- | ㉔ 600.- | ㉕ 720.- | ㉖ 720.- | ⑳ 720.- |
| ㉔ 720.- | ㉕ 720.- | ㉖ 720.- | ㉗ 720.- | ㉘ 720.- | ㉙ 720.- |
| ㉖ 480.- | ㉗ 720.- | ㉘ 720.- | ㉙ 720.- | ㉚ 720.- | ㉛ 720.- |
| ㉜ 600.- | ㉝ 720.- | | ㉞ 720.- | ㉟ 720.- | ㊱ 720.- |
| ㊲ 600.- | ㊳ 720.- | | ㊴ 720.- | ㊵ 720.- | ㊶ 600.- |
| ㊷ 600.- | ㊸ 720.- | | ㊹ 720.- | ㊺ 720.- | ㊻ 720.- |
| ㊼ 600.- | ㊽ 720.- | | ㊾ 720.- | ㊿ 720.- | ③ 360.- | ⑥ 720.- |
| ⑧ 600.- | ⑨ 600.- | | ⑩ 720.- | ⑪ 720.- | ⑫ 720.- | ⑬ 720.- |
| ⑭ 600.- | ⑮ 720.- | | ⑯ 720.- | ⑰ 720.- | ⑱ 720.- | ⑲ 600.- |
| ⑳ 600.- | ㉑ 720.- | | ㉒ 720.- | ㉓ 720.- | ⑳ 720.- | ⑮ 600.- |
| ㉔ 600.- | ㉕ 720.- | | ㉖ 720.- | ㉗ 720.- | ㉘ 480.- | ㉙ 600.- |
| ㉚ 600.- | ㉛ 480.- | | ㉜ 720.- | ㉝ 720.- | ㉞ 720.- | |