# EXHIBIT 3

Pornthip "Tip"

| 2017 | 2018 | 2019 |
|---|---|---|
| 3576.59 | 3322.67 | 3207.— |
| 3471.85 | 3303.55 | 2679.57 |
| 3298.90 | 3973.50 | 3162.09 |
| 3806.— | 3342.66 | 3030.72 |
| 2389.42 | 3336.22 | 3177.64 |
| 3100.— | 3191.62 | 2644.91 |
| 3112.47 | 3321.17 | 2937.08 |
| 3044.60 | 3360.04 | 2843.75 |
| 3400.70 | 3081.35 | 2843.75 |
| 3438.79 | 2831.03 | 500.— |
| 3378.86 | 3111.18 | |
| 3970.53 | 3511.70 | |