# EXHIBIT 4

I, __NORAWUT JALA__, work for Sweet Lemons Restaurant located at 828 Washington st. Weymouth MA 02189, as a server. I request my employer to pay me $12.00 an hour. I do not receive tips.

Signature: _____

Date: _____

I, Kawinaratt Rungruengthitikul, work for Sweet Lemons Restaurant located at 828 Washington st. Weymouth MA 02189, as a server. I request my employer to pay me $12.00 an hour. I do not receive tips.

Signature: _____

Date: 11/18/19

I, WARANGTIP ASEI _____, work for Sweet Lemons Restaurant located at 828 Washington st. Weymouth MA 02189, as a server. I request my employer to pay me $12.00 an hour. I do not receive tips.

Signature: Warangtip Asei

Date: NOV. 9 2019