# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

+ + + + +

_____  :
                          :
IN THE MATTER OF:         :
                          :
EUGENE SCALIA, Secretary, :
U.S. DEPARTMENT OF LABOR, :
                          :
          Plaintiff,      :
                          :
     v.                   :   Civil Action No.
                          :   1:20-cv-12217
SWEET LEMON, INC., d/b/a  :
SWEET LEMONS THAI         :
RESTAURANT, and PORNTHIP  :
NEAMPONG,                 :
                          :
          Defendants.     :
_____  :

                Tuesday,

                October 26, 2021

DEPOSITION OF:

                   PORNTHIP NEAMPONG

called for examination by Counsel for the Plaintiff,
pursuant to Notice of Deposition, via Video
Teleconference, when were present on behalf of the
respective parties:

APPEARANCES:


On Behalf of the Plaintiff:

EMILY V. WILKINSON, ESQ.
Trial Attorney
U.S. Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room E-375
Boston, MA 02203
617-565-2500
wilkinson.emily.v@dol.gov




On Behalf of the Defendants:

JACK P. MILGRAM, ESQ.
Law Offices of Jack P. Milgram
21 Mayor Thomas J. McGrath Highway
Suite 203
Quincy, MA 02169
617-227-0878
jackp.milgram@verizon.net




ALSO PRESENT:


SAK VASUNILASHORN, Thai Language Interpreter

CONTENTS

WITNESS                DIRECT CROSS REDIRECT RECROSS

Pornthip Neampong        6      36

EXHIBIT NO.    DESCRIPTION                            PAGE

1     Employee List . . . . . . . . . . . . . . . . . 27

2     Forms signed by servers . . . . . . . . . . . . 34

1  talking about the investigation by the Wage and Hour Division

2  of the United States Department of Labor?

3      A   I don't fully understand because I have an

4  accountant.  The accountant was the one who prepared the

5  accountant and who keep thought for the record.

6      Q   I'm just asking if I use the word investigation,

7  will you understand that to mean the Wage and Hour Division's

8  investigation of Sweet Lemon and your employment practices?

9      A   Yes.

10      Q   Did you ever talk to any employees about the

11  investigation?

12      A   I did not talk to anybody.  What do you mean by

13  that?

14      Q   Did you ever mention anything about the

15  investigation to the employees, to any employees?

16      A   I mentioned it to the employees because other

17  employees were aware of the problem.

18      Q   Did you have any conversations with any employees

19  about the investigation?

20      A   At the investigation, I did not talk to them.

21      Q   When you found out about the investigation, did you

22  talk to any employees about the fact that the restaurant was

23  being investigated?

24      A   Every employee knew that we are under

25  investigation.

1      Q    I understand that, what I'm asking is whether you,

2   Ms. Neampong, talked to any of the employees about the

3   investigation?

4      A    I told them but as a matter of fact, they are aware

5   of the investigation.

6      Q    So, you told them about the investigation, correct?

7      A    I need to clarify.  I told them that the officers

8   will care to investigate.

9      Q    And did you tell every employee that?

10     A    Yes, I told everyone that the officer is going to

11  come in.

12     Q    And did you tell them what the officer was going to

13  do when she came in?

14     A    I just told the employee that the officer came in

15  and they knew.

16     Q    Is there anything else that you told any employees

17  about the investigation or the investigator?

18  **CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER**

19

20

21         MS. WILKINSON:  And can we go off the record for

22  one moment?

23         (Whereupon, the above-entitled matter went off the

24  record at 11:58 a.m. and resumed at 11:59 a.m.)

25         MS. WILKINSON:  I'll just designate Ms. Neampong's

1    previous answer as confidential and subject to a protective

2    order if the Court is to enter one.

3              BY MS. WILKINSON:

4         Q    So, Ms. Neampong, why did you talk to the employees

5    about the investigation?

6         A    The reason being is that I did not think about that

7    but I have to tell the employees about the officer came in.

8         Q    And when did you tell the employees the officer was

9    coming in?

10        A    I'm not certain.  Are you asking about the first

11   time that the investigator came in, in about 2018, or what

12   occasion?

13        Q    Just when you had the conversation with employees

14   about the investigator coming in?

15        A    About the end of 2018.  I'm sorry I cannot recall

16   the month.

17        Q    That's okay, an estimate is great.  Would it have

18   been near the end of 2019 actually when the investigator came

19   in?

20        A    Near the end of 2019.

21        Q    Did you ever ask any of the employees if they had

22   spoken to the investigator?

23        A    Yes, I did.

24        Q    And who did you ask?

25        A    One of the employees in front.

1     Q     One of the employees in front of the house, one of

2     the servers?

3     A     Yes.

4     Q     And do you know that employee's name?

5     A     Her name is Hue.

6     Q     And do you remember when you asked Hue if she had

7     spoken to the investigator?

8     A     Yes, I did ask her the question.

9     Q     Do you remember when you asked her that question?

10    A     The investigator came in but did not meet Hue and

11    the second time around in the security.

12    Q     And what specifically did you ask Hue about whether

13    she talked to the investigator?

14    A     I did not talk to her too much.

15    Q     But what specifically did you talk to her about

16    speaking to the investigator?

17    A     I'm sorry, I cannot recall but I talked to her.

18    Q     Did you tell her she should talk to the

19    investigator?

20    A     No, I did not.

21    Q     Did you tell her she should not talk to the

22    investigator?

23    A     I did not talk to her about not talking to her.

24    Q     Besides Hue, did you ever ask any of the other

25    employees if they had spoken to her?

1        A    No, I've never said that.

2        Q    Other than what we've talked about so far, did you

3   have any other conversations with employees about the

4   investigation?

5        A    They asked me about this and after the investigator

6   came in from the Department of Labor, then I didn't talk to

7   the employees.

8        Q    So, you did talk to them after the investigator was

9   at the restaurant, is that correct?

10       A    Yes, the investigator from the Department of Labor

11  came here.

12       Q    And what did you talk about with the employees

13  then?

14       A    Not much, I just mentioned they all were the

15  investigator from the Department of Labor came here.

16       Q    Did you tell them at any time that they should or

17  should not talk to the investigator?

18       A    No, I did not.

19       Q    Was there anything else that you talked to them

20  about during that conversation?

21       A    I did not ask them originally but they talked among

22  each other.

23       Q    I'm sorry, I don't understand that answer.  Could

24  you explain your answer a little bit?

25       A    Okay, the investigator who came in, they talked to

1    even individual employee who were present at the restaurant.

2        Q    But I'm asking about what you talked about during

3    your conversation with the employees.

4        A    I did not talk to them.

5        Q    I'm sorry, I'm a little confused because you said

6    that after the investigator came in you had a conversation

7    with the employees.

8        A    I just informed the employees that the investigator

9    from the Labor Department but I did not talk to them about

10   anything else.

11       Q    And did you have two separate conversations with

12   them, one before the investigator came and one after the

13   investigator came?

14       A    Yes, because the first time that the investigator

15   came into visit us, I'm not sure who is the officer, what

16   department is the officer who came in, the investigator.

17       Q    And did you talk to all the employees in those two

18   conversations or only some of them?

19       A    Are you asking regarding the investigation from the

20   Labor Department?

21       Q    Yes.

22       A    I just mentioned briefly the investigation, the

23   investigator came in but I did not elaborate.

24       Q    But you told all of the employees that, is that

25   correct?

1    around 10 to 15 minutes before the opening of the restaurant

2    at 11:30 a.m., that's what I told you is the opening time.

3         Q    And from November 2016 to November of 2019, what

4    time did employees have to come into work on Saturdays and

5    Sundays?

6         A    For Saturday and Sundays since the business opens

7    at noon, the employees started to come in around 11:30 a.m.

8    or 11:45 a.m.

9         Q    And were those starting times the same for kitchen

10   workers and servers?

11        A    Yes.

12        Q    And so each day the employees worked for the entire

13   time that the restaurant was open, correct?

14        A    Yes.

15        Q    So, for example, on Mondays through Fridays -- I'll

16   stop for a second.  My next few questions again, I'm talking

17   about the time period from November 2016 to November 2019 and

18   I just want to be clear about that.

19        A    Yes.

20        Q    So, on Mondays through Fridays employees worked

21   from about 11:15 a.m. to 10:00 p.m., is that right?

22        A    I indicated to you that the business would be

23   closed at 11:00 p.m. but most likely the business would close

24   at 9:45 p.m. and everyone would leave around that time.

25        Q    So, then we'll say on Mondays through Fridays

1    employees would work from about 11:15 a.m. to about 9:45

2    p.m., is that right?

3           A     Yes, that's correct.

4           Q     And for Saturdays and Sundays, the employees would

5    work about 11:30 a.m. to about 10:00 p.m., is that correct?

6           A     As I already informed you, Counsel, they would

7    start at 11:30 a.m. and stay until 9:45 p.m. because after

8    that there is no business.

9           Q     So, on the weekends most employees would leave by

10   9:45 p.m. too?

11          A     Yes.

12          Q     And then did employees ever work shorter shifts

13   than that?

14          A     The employee who come to work in the front, yes,

15   they came to work after their shift.

16          Q     And what time period was that for?

17          A     They started to come into work after 4:00 p.m.

18          Q     And did they get paid the same amount for a 4:00

19   p.m. start time shift as they would if they came in when the

20   restaurant opened?

21          A     Not the same.  It was paid less than the employee

22   at the indicated money.

23          Q     And how much were those servers paid for that 4:00

24   p.m. to 9:45 p.m. shift?

25          A     Each employee who worked 4:00 p.m. until closing

1    was paid $60 a day.

2        Q    And do you remember the servers who worked those

3    shifts, the names of the servers who worked those shifts?

4        A    Mr. Worawut.

5        Q    And do you know which days Mr. Worawut worked the

6    4:00 p.m. to 9:45 p.m. shift?

7        A    He worked only Friday and Saturday.

8        Q    And were there any other servers who worked 4:00

9    p.m. to 9:45 p.m. shifts?

10       A    Another lady, but we only have one server in the

11   front.

12       Q    Was there another server besides Worawut who would

13   work half-day shifts occasionally?

14       A    Yes, we have another lady who works some days but

15   I could not recall the name at this time.

16       Q    Did any of the kitchen workers work the 4:00 p.m.

17   to 9:45 p.m. shifts or was it just servers?

18       A    No.

19       Q    Okay, so I'm going to show you an exhibit here on

20   my screen, this is Exhibit 1.

21            (Whereupon, the above-referred to document was

22   marked as Exhibit No. 1 for identification.)

23            I'm going to go to the next page, Page 2, and do

24   you recognize the names on this list?

25       A    Yes.

1      Q     Okay, so what I'd like to do is go through the list

2  and just talk about your memory of each employee's schedule.

3             So number one is Fredy Ramon Fuentes Alvarez.

4  Which days of the week did Fredy Ramon Fuentes Alvarez work,

5  from your memory?  All these questions are during the period

6  from November 2016 to November 2019.

7      A     The first individual is Fredy Ramon, right?

8      Q     Yes, yes, my question is which days of the week did

9  Fredy Ramon work during the period November 2016 to November

10  2019?

11     A     In the beginning, Fredy Ramon, they always only

12  some day and he worked six days a week.

13     Q     And was that the same schedule from November 2016

14  to November 2019?

15     A     Counsel, because we talked about prior to November

16  2016, your question is from November 2016 to November 2019,

17  right?  We talked about prior to that.

18     Q     All I want to know is the days that he worked

19  between November 2016 and November 2019 and if those days

20  changed at all during that time?

21     A     Okay, his schedule is the same.

22     Q     And so what about number two on the list here,

23  Marco Luna Arias, which days of the week from November 2016

24  20 November 2019 did Marco Luna Arias work?

25     A     Marco Luna started at 11:15 a.m. and stayed until

1       9:45 p.m.

2            Q    Do you need to take a moment, interpreter?

3                 THE INTERPRETER:  Yes, can I get some water?

4                 MS. WILKINSON:  Yes.

5                 THE WITNESS:  Marco Luna started at 11:15 a.m. and

6       finished work at 9:45 p.m.

7                 BY MS. WILKINSON:

8            Q    And which days of the week did Marco Arias work?

9            A    Normally, he worked with the other workers but I

10      could not recall.

11           Q    Do you know how many days a week he worked?

12           A    He is supposed to work five days a week but some

13      days he worked and some days he stopped working.

14           Q    And that was his normal schedule from November 2016

15      to November 2019?

16           A    Yes.

17           Q    Now, let's move on to number three on the list,

18      Warangtip Asci.  So, for the period of November 2016 to

19      November 2019, which days of the week did Warangtip work?

20           A    He worked five days a week and his days off were

21      Sundays and Mondays.

22           Q    And did she work those five days a week?

23           A    Yes, all five days.

24           Q    Number four, the worker's name is Suchitra

25      Chonglakmani.  What days of the week during the period from

1    November 2016 to November 2019 did Suchitra work?

2         A    She also worked five days a week.  I'm sorry but

3    I can't recall she was off work.  We just noted because some

4    days some employees come to work and they take the day off,

5    and some days the other employees take the day off to come

6    to work.

7         Q    But when she did work, would she work full days

8    from 11:15 a.m. to 9:45 p.m.?

9         A    Yes.

10        Q    Number five is Worawut Jala.  What days of the week

11   during the period November 2016 to November 2019 did Worawut

12   work?

13        A    He only worked Friday and Saturday, but he only

14   worked a half day.

15        Q    And was his schedule of only working Friday and

16   Saturday the same through that will be period of November

17   2016 through November 2019?

18        A    Yes, he only worked in the afternoon.

19        Q    Next is number six, Charin Jiraratwattana.  During

20   the period of November 2016 to November 2019, which days did

21   Charin work?

22        A    Okay, Charin would come into work in the morning at

23   11:15 a.m. and would leave at 9:45 p.m.

24        Q    And which days of the week did she work?

25        A    She had a day off Monday and the other day, I

1    cannot recall her other day off.

2         Q    So she worked five days a week normally?

3         A    Yes.  Actually, Ms. Charin is one of the

4    departments and if she would like to come in and work more

5    she can do it.

6         Q    Would she sometimes work more than five days a

7    week?

8         A    Sometimes I ask her to come in and help.

9         Q    So would that be maybe another day so she would

10   work six days a week?

11        A    Yes.

12        Q    Number seven is Hue Lam.  Which days of the week

13   did Hue Lam during the period of November 2016 to November

14   2019?

15        A    Hue Lam, she started to work in the front in 2017

16   and 2018 and she started to work in the morning until the

17   evening, until night.

18        Q    Do you remember how many days a week she worked?

19        A    Approximately five days a week.

20        Q    And she first started to work at the restaurant in

21   about 2017 or 2018?

22        A    Yes.

23        Q    Number eight is Kawinaratt Rungruengthitikul, what

24   days of the week during the period of November 2016 to

25   November 2019 did Kawinaratt work?

1       A      She came in to work in the afternoon one night, on

2   the weekends, only Saturdays and Sundays.

3       Q      So, she would work a 4:00 p.m. to 9:45 p.m. shift

4   on Saturdays and Sundays?

5       A      Yes, that's correct.

6       Q      And was that schedule the same for the whole period

7   from November 2016 to November 2019?

8       A      Yes.

9       Q      Then number nine is Busada Samransook.  How many

10  days per week did Busada work between November 2016 and

11  November 2019?

12      A      Yes, she started to work at 11:30 a.m. and at 9:45

13  p.m.  I think her day off is Tuesday and Wednesday.  If we

14  had another individual working in the kitchen, then she took

15  the day off.

16      Q      Did she usually work five days per week?

17      A      Yes, correct.

18      Q      Number ten, Thita Sirisobhana.  Between November

19  2016 and November 2019, how many days a week did Thita work?

20      A      I believe that Thita worked five days a week.  She

21  did have a day off but I recall that she had a day off on

22  Monday, but the other day I think I recall she started to

23  work at the restaurant at 11:15 a.m. and her work ended at

24  9:45 p.m.

25      Q      And that was for the whole November 2016 to

1    November 2019 period, that same schedule?

2         A    Yes.

3         Q    And then number 11 is Wiyada Srisuwanporn.  During

4    the period of November 2016 to November 2019, how many days

5    a week did Wiyada work?

6         A    Ms. Wiyada, she worked a few days a week, not too

7    many days but sadly she passed away.

8         Q    Do you know when she passed away?

9         A    I believe she passed away maybe either the end of

10   2017 or 2018 due to COVID-19.

11        Q    Do you mean 2020 or 2021?

12        A    I'm sorry, she passed away due to cancer either in

13   2017 or the beginning of 2018.

14        Q    And do you know how many days a week she worked?

15        A    She only worked five days a week.

16        Q    And then number 12, Nutcha Wongwutthiphat, during

17   the period of November 2016 to November 2019, what days of

18   the week did Nutcha work?

19        A    She also worked one night.  I believe she had

20   Tuesday and Wednesday off, and worked the same shift, 11:15

21   a.m. to 9:45 p.m.

22        Q    And that was the same schedule from November 2016

23   to November 2019?

24        A    Yes.

25        Q    And the last one, Settawut Wongwutthiphat, from

1   November 2016 to November 2019, what days of the week did

2   Settawut work?

3       A    Okay, for the last one, Settawut, I'm not sure

4   because they have so many employees working on the same shift

5   so I believe that he probably had the day off on Wednesday

6   and Thursday.  He started to work at the restaurant at 11:15

7   a.m. and at 9:45 p.m., from the period of November 2016 to

8   November 2019.

9       Q    So he probably worked at least five days a week, is

10  that right?

11      A    Yes.

12      Q    And then I had one other question, just a follow-up

13  on Busada.  You said he usually worked five days per week but

14  would sometimes work more, is that right?

15      A    Yes, I believe he mostly worked five days a week

16  but because the husband or the boyfriend did not like her to

17  work more days.

18      Q    And Settawut might have worked up to six days a

19  week sometimes?

20      A    Yes.

21      Q    I'm going to take this down now.  I just want to

22  show you one more exhibit.  This is Exhibit 2, for the

23  record.

24           (Whereupon, the above-referred to document was

25  marked as Exhibit No. 2 for identification.)

1          I was on Page 3 of the document and you previously

2     testified that you asked the servers to sign these forms, is

3     that right?

4          A    Yes.

5          Q    And the servers were paid $100 per day for when

6     they worked from 11:15 a.m. to 9:45 a.m., right?

7          A    Actually, the servers asked me to pay him or her

8     $100 a day.

9          Q    So, they would be paid $100 and they would work

10    from 11:15 a.m. to 9:45 p.m., right?

11         A    Yes, but at night time the server will not stay all

12    the time because there is no one there.

13         Q    But they would leave between 9:30 a.m. and 9:45

14    a.m. usually?

15         A    Yes.

16         Q    They were paid $100 for that day, is that right?

17         A    Yes.

18         Q    And you paid the servers $60 when they worked from

19    4:00 p.m. to 9:45 p.m.?

20         A    Yes.

21         Q    And those forms that I was just showing, Exhibit 2,

22    those were signed by the servers during the investigation,

23    right?

24         A    Yes.

25              MS. WILKINSON:  I have no further questions right