UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Martin J. Walsh
*Secretary of Labor,*
*United States Department of Labor*

    Plaintiff

    v.                        CIVIL ACTION 1:20-12217-RGS

Sweet Lemon, Inc.
*d/b/a Sweet Lemons Thai Restaurant*, and
Pornthip Neampong

    Defendants

## JUDGMENT

STEARNS, D.J.

In accordance with the court's Memorandum and Order issued on January 4, 2022, granting plaintiff's motion for summary judgment, it is ORDERED:

Judgment entered for the Secretary of Labor.

January 4, 2022
Date

By the court,
/s/ Arnold Pacho
Deputy Clerk